

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-11-00645-CV

**IN THE ESTATE OF RAYMOND OATMAN WHIPPLE, JR.,** Deceased

From the County Court at Law No. 1, Guadalupe County, Texas
Trial Court No. 2006-PC-0273
Honorable Linda Z. Jones, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, we REVERSE the trial court's order granting summary judgment in favor of appellee John Leslie Whipple, Jr., Individually and as Independent Executor of the Estate of Raymond Oatman Whipple, Jr., deceased, with respect to the claims for forgery, breach of fiduciary duty, and fraud in a real estate transaction, and REMAND the cause to the trial court for further proceedings with respect to those claims. In all other respects, the judgment of the trial court is AFFIRMED. Costs of the appeal are taxed against the party incurring same.

SIGNED April 17, 2013.

Rebeca C. Martinez, Justice